# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MATTHEW RAY DEAN**                                                                                          **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO. 1:21-cv-365-TBM-RPM**

**JACKSON COUNTY; BRIAN NAQUIN,** *Deputy*; **and UNKNOWN SMITH,** *M.D.*                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Order issued this same day,

IT IS ORDERED AND ADJUDGED that this cause is DISMISSED WITHOUT PREJUDICE. This CASE is CLOSED.

THIS, the 29th day of December, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE